Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

```
FILED
CLERK, U.S. DISTRICT COURT
12/18/2015
CENTRAL DISTRICT OF CALIFORNIA
BY:     GR     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAL HANSEN, | ) |
| | ) CASE NO.:5:14-cv-01850-RAO |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER AWARDING |
| CAROLYN W. COLVIN, Acting, | ) EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED EIGHTY DOLLARS AND 00/100 ($3,380.00) subject to the terms of the stipulation.

DATED:  <u>December 18, 2015</u>                          _____
                                                                                  HON. ROZELLA A. OLIVER
                                                                                  UNITED STATES MAGISTRATE JUDGE

-1-